Matter of Vondrak (2025 NY Slip Op 00710)

Matter of Vondrak

2025 NY Slip Op 00710

Decided on February 6, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 6, 2025

PM-32-25
[*1]In the Matter of Kitty Vondrak, an Attorney. (Attorney Registration No. 1754670)

Calendar Date:February 3, 2025

Before:Garry, P.J., Pritzker, Fisher, McShan and Powers, JJ.

Kitty Vondrak, Schroon Lake, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kitty Vondrak was admitted to practice by this Court in 1982 and lists a business address in Essex County with the Office of Court Administration. Vondrak now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Vondrak's application.
Upon reading Vondrak's affidavit sworn to December 15, 2024 and filed December 18, 2024, and upon reading the January 28, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Vondrak is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Pritzker, Fisher, McShan and Powers, JJ., concur.
ORDERED that Kitty Vondrak's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Kitty Vondrak's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kitty Vondrak is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Vondrak is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kitty Vondrak shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.